# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22–cv–03348–JMY

| | |
|---|---|
| MONTGOMERY COUNTY, PENNSYLVANIA v. 3M COMPANY et al<br>Assigned to: HONORABLE JOHN M. YOUNGE<br>Cause: 28:1441 Notice of Removal– Product Liability | Date Filed: 08/22/2022<br>Jury Demand: Defendant<br>Nature of Suit: 385 Personal Property: Prop. Damage Prod. Liability<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **MONTGOMERY COUNTY, PENNSYLVANIA** | represented by | **JOSHUA MARC STEIN**<br>MONTGOMERY COUNTY SOLICITORS OFFICE<br>425 SWEDE STREET<br>SUITE 800<br>P.O. BOX 311<br>NORRISTOWN, PA 19401<br>610–278–3033<br>Fax: 610–278–3069<br>Email: jstein1@montcopa.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **3M COMPANY** | represented by | **BASIL A. DISIPIO**<br>LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO<br>190 N. INDEPENDENCE MALL WEST<br>SUITE 500<br>PHILADELPHIA, PA 19106<br>215–627–0303<br>Fax: 215–627–2551<br>Email: bad@lavin–law.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**AGC CHEMICALS AMERICAS INC.**

**Defendant**

**AMEREX CORPORATION**

**Defendant**

**ARKEMA INC.**

**Defendant**

**ARCHROMA U.S., INC.**

**Defendant**

**BASF CORP.**

**Defendant**

**BUCKEYE FIRE EQUIPMENT COMPANY**

**Defendant**

**CARRIER GLOBAL CORPORATION**

**Defendant**

**CHEMDESIGN PRODUCTS INC.**

**Defendant**

**CHEMGUARD INC.**

**Defendant**

**CLARIANT CORPORATION**

**Defendant**

**CORTEVA, INC**

**Defendant**

**DEEPWATER CHEMICALS, INC.**

**Defendant**

**DUPONT DE NEMOURS INC.**

**Defendant**

**DYNAX CORPORATION**

**Defendant**

**E. I. DUPONT DE NEMOURS AND COMPANY**

**Defendant**

**KIDDE–FENWAL, INC.**

**Defendant**

**KIDDE PLC, INC.**

**Defendant**

**NATIONAL FOAM, INC.**

**Defendant**

**RAYTHEON TECHNOLOGIES CORP.**

**Defendant**

**THE CHEMOURS COMPANY**

**Defendant**

**THE CHEMOURS COMPANY FC, LLC**

**Defendant**

**TYCO FIRE PRODUCTS, LP**

**Defendant**

**UTC FIRE & SECURITY AMERICAS CORP., INC.**

**Defendant**

**DOES 1–100**

**Defendant**

**CHEMICALS, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2022 | Ï1 | NOTICE OF REMOVAL by 3M COMPANY *05745−2211733* (Filing fee $ 402 receipt number APAEDC−16122775), filed by 3M COMPANY. (Attachments: # 1 Complaint, # 2 Certificate of Service)(DISIPIO, BASIL) (Entered: 08/22/2022) |
| 08/22/2022 | Ï2 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by 3M COMPANY. (Attachments: # 1 Certificate of Service)(DISIPIO, BASIL) (Entered: 08/22/2022) |
| 08/22/2022 | Ï | Attorneys are required by local rule to complete and file both a Civil Cover Sheet and a Designation Form. Defendant's counsel is directed to file Civil Cover Sheet and Designation Form in this case using the Exhibit docket event. (sbt) (Entered: 08/22/2022) |
| 08/22/2022 | Ï3 | EXHIBIT *Designation Form* by 3M COMPANY.. (Attachments: # 1 Designation Form)(DISIPIO, BASIL) (Entered: 08/22/2022) |
| 08/26/2022 | Ï4 | Letter dated August 26, 2022 by 3M COMPANY. (Attachments: # 1 Text of Proposed Order Stipulation Extending Time to Respond)(DISIPIO, BASIL) (Entered: 08/26/2022) |
| 09/06/2022 | Ï5 | STIPULATION AND ORDER THAT IF THIS ACTION IS TRANSFERRED TO THE IN RE AQUEOUS FILM−FORMING FOAMS PRODUCTS LIABILITY MULTI−DISTRICT LITIGATION, THEN THE DEADLINE FOR ALL DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT SHALL BE IN ACCORDANCE WITH THE ESTABLISHED RULES AND PROCEDURES IN THE AFFF MDL. SHOULD THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION DECLINE TO TRANSFER THIS ACTION TO THE AFFF MDL, ALL DEFENDANTS SHALL HAVE THROUGH AND INCLUDING THE 28TH DAY AFTER SUCH DISPOSITION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.SIGNED BY HONORABLE JOHN M. YOUNGE ON 9/6/22. 9/6/22 ENTERED AND COPIES E−MAILED.(amas) (Entered: 09/06/2022) |

| 09/08/2022 | ï 6 | Certified Copy of Conditional Transfer Order (CTO–102). Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to theHonorable Richard M. Gergel. (mbh) (Entered: 09/13/2022) |